**Order entered January 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01063-CV**

**IN RE R.B., Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-20408-Y**

**ORDER**
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **DENY** relator's motion for temporary relief and emergency stay as moot. We also **STRIKE** the petition and supporting appendix for relator's failure to comply with rule 9.9 of the Texas Rules of Appellate Procedure.

/s/   ROBBIE PARTIDA-KIPNESS
JUSTICE